PER CURIAM.
 

 Appointed appellate counsel has moved to withdraw pursuant to
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Review of the record reveals no issues of arguable merit. However, we find no record of a written order revoking probation and specifying the conditions which appellant violated. Therefore, we affirm the revocation of probation and sentence, but remand for entry of a written order revoking probation and specifying the conditions which appellant violated.
 
 Smith v. State,
 
 6 So.3d 116 (Fla. 4th DCA 2009).
 

 Affirm,ed and remanded.
 

 POLEN, FARMER and GERBER, JJ., concur.